## THE STATE v. G. W. CARTER.

Indictment for carrying concealed weapons, laying time and place, charged, that the defendant " did have about his person a certain pistol, known " as a derringer, said pistol being then and there a weapon; and the " said C. not being then and there an officer, either civil or military, in " the discharge of his duties; against the peace ; " etc.    The defendant excepted to the indictment, because it did not charge that the said defendant did " carry " the weapon mentioned in said indictment.    The court below sustained this exception ; which ruling is *held* to be error.    To have a weapon upon the person is, in contemplation of law, to carry it.

APPEAL from Kaufman.    Tried below before the Hon. John G. Scott.

There is no occasion for a statement of the case.

*Wm. Alexander, Attorney-General,* for the State.

No brief for the appellee has reached the hands of the reporter.

W.ALKER, J.   This case involves the same principle decided in Nos. 639, etc.   The third exception to the indictment is not well taken.   To have upon the person is to carry a weapon in contemplation of the law.   The judgment of the District Court is reversed, and the cause remanded.

Reversed and remanded.